UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIOT STEIN, <br><br> Plaintiff, <br><br> -against- <br><br> GOOGLE, LLC D/B/A YOUTUBE <br><br> Defendant. | 20-cv-528 (JSR) <br><br><br> ORDER |

JED S. RAKOFF, U.S.D.J.

For the reasons stated at today's telephonic hearing, see transcript, April 30, 2020, the above-captioned case is dismissed without prejudice on the ground that it is required to be filed, if at all, in the state or federal courts of Santa Clara County, California. The Court therefore does not reach the remaining grounds for dismissal set forth in the defendant's motion to dismiss. See ECF No. 9. Clerk to enter judgment.

SO ORDERED.

Dated:   New York, NY

April 30, 2020

_____
United States District Judge

1