**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ELIOT STEIN,

                Plaintiff,

      -against-                                  20 **CIVIL** 528 (JSR)

                                                  **JUDGMENT**

GOOGLE, LLC D/B/A YOUTUBE,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated at the telephonic hearing on April 30, 2020, see transcript, and, in the Court's Order dated April 30, 2020, the above-caption case is dismissed without prejudice on the ground that it is required to be filed, if at all, in the state or federal courts of Santa Clara county, California; the Court therefore does not reach the remaining grounds for dismissal set forth in the defendant's motion to dismiss. See ECF. No.9.

**Dated:**  New York, New York

      April 30, 2020

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                           **Clerk of Court**
                                        **BY:**
                                                           _____
                                                            **Deputy Clerk**